*1381 O’MALLEY, Circuit Judge, with whom WALLACH and STOLL, Circuit Judges, join, concur in the denial of the petition for rehearing en banc. NEWMAN, Circuit Judge, dissents from the denial of the' petition for rehearing en banc.
ORDER
PER CURIAM.
Appellant South-Alabama Medical Science Foundatioii filed a petition for rehearing en 'banc. A response to’ the petition was invited by the court and filed by the appellees Gnosis S.p.A., Gnosis Biore-search S.A., and Gnosis U.S.A:, Inc. -
The petition was referred to the1 panel that heard the appeal, and thereafter the petition and response were referred to the circuit judges who are in’ regular active service. A poll was reguested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
The petition’ for rehearing en banc is’ denied.
The mandate of the court will issue on May 3, 2016.